# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Freeman, Debra C. | U.S. District Court | 05/07/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S Courthouse
500 Pearl Street
Room 1660
New York, NY 10007

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Debra C. | 05/07/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Debra C. | 05/07/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Federal Direct Loan Program (unsubsidized) | Student Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Freeman, Debra C.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank Account | A | Interest | J | T | | | | | |
| 2. Chase Bank ( ▨ business operating account) | A | Interest | K | T | | | | | |
| 3. Citibank Account | A | Interest | J | T | | | | | |
| 4. Citibank Savings Account | A | Interest | K | T | | | | | |
| 5. Fidelity New York Tax Free Money Market | A | Dividend | J | T | | | | | |
| 6. Fidelity Spartan US Treasury | A | Dividend | L | T | | | | | |
| 7. Fidelity US Government Reserves, IRA | A | Dividend | J | T | | | | | |
| 8. Fidelity Spartan Market Index | C | Dividend | M | T | | | | | |
| 9. Fidelity Cash Reserves (rollover IRA) | A | Dividend | K | T | | | | | |
| 10. Vanguard New York Tax Free Money Market | A | Dividend | J | T | | | | | |
| 11. Treasury Direct Account 1 (various Treasury bills) | A | Interest | K | T | | | | | |
| 12. Treasury Direct Account 2 (Treasury bill) | A | Interest | K | T | | | | | |
| 13. Morely Stable Value Fund (IRA) | | None | N | T | | | | | |
| 14. Schwab Institutional Large Cap Value Trust | | None | M | T | | | | | |
| 15. Schwab Small Cap Index | B | Dividend | K | T | | | | | |
| 16. Dodge and Cox International Stock (IRA) | B | Dividend | L | T | | | | | |
| 17. Brokerage Account #1 Charles Schwab Money Market | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Freeman, Debra C.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Treasury bill | A | Interest | | | Redeemed | 01/09/20 | L | | |
| 19. Treasury bill | A | Interest | | | Buy | 01/16/20 | L | | |
| 20. | | | | | Redeemed | 02/18/20 | L | | |
| 21. Treasury bill | A | Interest | | | Buy | 02/24/20 | L | | |
| 22. | | | | | Redeemed | 05/28/20 | L | | |
| 23. Brokerage Account #2 Charles Schwab Money Market (IRA) | A | Interest | K | T | | | | | |
| 24. Hellenic Telecommunications (Common) (IRA) | A | Dividend | J | T | | | | | |
| 25. IShares EAFE Index (IRA) | A | Dividend | J | T | | | | | |
| 26. IShares MSCI Switzerland (IRA) | A | Dividend | K | T | | | | | |
| 27. Brokerage Account #3 Charles Schwab Money Market (IRA) | A | Interest | K | T | | | | | |
| 28. Treasury bill (IRA) | A | Interest | | | Redeemed | 02/13/20 | M | | |
| 29. Treasury bill (IRA) | A | Interest | | | Buy | 02/18/20 | M | | |
| 30. | | | | | Redeemed | 03/19/20 | M | | |
| 31. Treasury bill (IRA) | A | Interest | | | Redeemed | 05/21/20 | M | | |
| 32. Liberty Media Braves Class A (Common) (IRA) | | None | K | T | Buy (add'l) | 03/17/20 | J | | |
| 33. Liberty Sirius Class A (Common) (IRA) | | None | J | T | Buy (add'l) | 06/16/20 | J | | |
| 34. Liberty Sirius Class K (Common) (IRA) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Freeman, Debra C.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Liberty Broadband (Common) (IRA) | | None | K | T | | | | | |
| 36. | Liberty Global (IRA) | | None | J | T | | | | | |
| 37. | Liberty Trip Advisor | | None | J | T | Buy | 03/18/20 | J | | |
| 38. | General Electric (Common) (IRA) | A | Dividend | K | T | Buy<br>(add'l) | 03/06/20 | J | | |
| 39. | Spider Gold Trust (IRA) | | None | K | T | | | | | |
| 40. | IShares MSCI Switzerland (IRA) | A | Dividend | J | T | Buy | 03/31/20 | J | | |
| 41. | Brokerage Account #4 Charles Schwab<br>Money Market Account | A | Interest | J | T | | | | | |
| 42. | General Electric (Common) | A | Dividend | K | T | | | | | |
| 43. | Pfizer (Common) | D | Dividend | M | T | | | | | |
| 44. | Viatris (Common) | | None | J | T | Spinoff<br>(from line 43) | 11/17/20 | J | | |
| 45. | Treasury bill (IRA) | A | Interest | | | Redeemed | 01/23/20 | J | | |
| 46. | Brokerage Account #5 Charles Schwab<br>Money Market (IRA) | A | Interest | J | T | | | | | |
| 47. | Comcast Class A (Common) (IRA) | A | Dividend | K | T | | | | | |
| 48. | Merck (Common) (IRA) | A | Dividend | K | T | | | | | |
| 49. | Viatris (Common) (IRA) | | None | J | T | | | | | |
| 50. | Liberty Latin America (IRA) | | None | J | T | | | | | |
| 51. | Oakmark Fund | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Debra C. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (*No reportable income, assets, or transactions.*)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mutual Beacon Fund | B | Dividend | L | T | | | | | |
| 53. Mutual Discovery Fund | B | Dividend | L | T | | | | | |
| 54. New York Times Class A (Common) | A | Dividend | K | T | | | | | |
| 55. Walt Disney Company (Common) | A | Distribution | K | T | | | | | |
| 56. Con Edison (Common) | B | Dividend | K | T | | | | | |
| 57. NY Coll. Sav. Prog. Acc't #1 (Conservative Age-Based Income Portfol) | | None | J | T | Buy (add'l) | 12/29/20 | J | | |
| 58. NY Coll. Sav. Prog. Acc't #2 (Mod. Age-Based Income) | | None | J | T | Buy (add'l) | 02/25/20 | J | | |
| 59. US Savings Bonds, Series EE | | None | K | T | | | | | |
| 60. Fidelity New York Municipal Income | A | Dividend | K | T | | | | | |
| 61. Vaguard Wellington Inv (Inherited IRA) | A | Dividend | L | T | Sold (part) | 02/14/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Freeman, Debra C.** | 05/07/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re line 37: Purchased small lots of Liberty Trip Advisor (under $1000 at a time), on 3/11/20, 3/12/20, 3/16/20, and 3/18/20.  I have only included the last purchase date in this report, as only the aggregate was over $1000 and thus reportable.

Re lines 44 and 49:  Mylan (shown at line 72 on my 2019 report) merged into a division spun off by Pfizer, and then changed its name to Viatris.

Re line 57:  NY Coll. Sav. Prog. Acc't #1 moved assets from Moderate Age-Based Income Portfolio (as reported at line 82 of my 2019 report) to Conservative Age-Based Income Portfolio.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Debra C. Freeman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544